UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COUVERTIER,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-0774 JLT CDB<br><br>ORDER AFTER NOTICE OF ACCEPTANCE OF RULE 68 OFFER<br><br>(Doc. 10) |

Maria Couvertier notified the Court that she accepted the defendant's Fed.R.Civ.P. 68 offer of judgment, in the amount of $99,386.64. (Doc. 10 at 2.) Plaintiff filed the Rule 68 offer and the signed acceptances. (*Id.* at 4-6.) Thus, the Court **ORDERS**:

1. Judgment is entered in favor of Plaintiff and against Defendant pursuant to the accepted Rule 68 offer.
2. All other dates, including the trial and pretrial conference, are **VACATED**.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 10, 2024**__

UNITED STATES DISTRICT JUDGE