# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COUVERTIER,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 1:23-cv-00774-JLT-CDB<br><br>District Judge: Jennifer L. Thurston<br><br>[~~PROPOSED~~] ORDER |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MARIA COUVERTIER ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $18,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $18,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by May 13, 2024. Within 10 business days after satisfaction of payment, Plaintiffs shall dismiss this case with prejudice against all parties.

IT IS SO ORDERED.

Dated:   **March 19, 2024**

_____
UNITED STATES DISTRICT JUDGE

1

[~~PROPOSED~~] ORDER