1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA COUVERTIER, | Case No.: 1:23-cv-00774 JLT CDB |
| Plaintiff, | ORDER APPROVING STIPULATION RE ATTORNEY'S FEES, COSTS, AND EXPENSES |
| v. | |
| FCA US LLC; and DOES 1 through 10, inclusive, | (DOC. 18) |
| Defendant. | ORDER DENYING MOTION TO DISMISS AS MOOT |
| | (Doc. 19) |

On December 28, 2023, Plaintiff accepted Defendant's Rule 68 offer of judgment as to damages. (Doc. 10.) The parties indicated that if they could not resolve any remaining disputes over attorneys' fees, costs, and expenses, a motion would be filed pursuant to applicable rules of procedure. (*Id*.) On January 10, 2024, the Court entered judgment and closed the case. (Doc. 12.) On March 19, 2024, the parties filed a stipulation memorializing their agreement as to the payment of fees, costs, and expenses. (Doc. 18.) The Court inadvertently failed to review that stipulation when it was filed, though it appears to be in good order. On October 21, 2025, Plaintiff filed a motion to dismiss, which requests dismissal of the case with prejudice given that all aspects of the parties' dispute have been resolved. (Doc. 19.) However, the motion presents no authority suggesting how or why the Court should

1

now dismiss claims that have already been resolved by final judgment. Instead, the Court finds it appropriate to and does **APPROVE** the parties' March 19, 2024, stipulation. The motion to dismiss is **DENIED** as moot. The matter shall remain **CLOSED**.

IT IS SO ORDERED.

Dated:   **October 24, 2025**

UNITED STATES DISTRICT JUDGE